**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

STATE OF INDIANA EX REL. ROKITA,

    *Plaintiff,*

    v.

APRIA HEALTHCARE LLC,

    *Defendant.*

**CASE NO.  1:24-cv-00377-JPH-KMB**

## JOINT MOTION TO ENTER CONSENT JUDGMENT AND ORDER

Plaintiff, Indiana Attorney General *ex rel.* Todd Rokita, as *parens patriae* for the residents of the State of Indiana (the "State"), by counsel, Deputy Attorney General Jennifer M. Van Dame, and Defendant, Apria Healthcare LLC, ("Apria"), by counsel, (collectively, the "Parties"), move the Court to enter the Consent Judgment and Order executed by the State and Apria, as the final resolution of this action. In support of this Motion, the Parties state:

1.  The parties came to an agreement on a resolution during a court-ordered settlement conference on January 24, 2025.  [Dkt. 55.]

2.  The Consent Judgment and Order, signed by the Parties, contains the settlement terms.

3.  The Consent Judgment and Order is attached for the Court's review and approval.

1

4.      Contemporaneously with this Motion, the State files its Brief in Support of Proposed Consent Judgment, which shows why the proposed settlement is "lawful, fair, reasonable, and adequate" and should be entered by the Court.  *See E.E.O.C. v. Hiram Walker & Sons, Inc.*, 768 F.2d 884, 889 (7th Cir. 1985).

WHEREFORE, the Parties move the Court to enter the attached Consent Judgment and Order resolving this action, with each Party to bear its own fees and costs, and all other just and proper relief.

Respectfully submitted,

*/s/ Jennifer M. Van Dame*

Date:  02/25/2025

_____

Jennifer M. Van Dame
Indiana Attorney No. 32788-53
Deputy Attorney General
Office of the Indiana Attorney General
302 West Washington Street
Indianapolis, IN 46037
Phone: 317-232-0486
Fax: 317-232-7979
Email: jennifer.vandame@atg.in.gov


*/s/ Jessica Laurin Meek*

_____

Jessica Laurin Meek
Indiana Attorney No. 34677-53
Dentons Bingham Greenebaum
10 W Market St 2700
Indianapolis, IN 46204
jessica.meek@dentons.com
P 317-968-5335

2